IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLENE UHL Individually, as Heir at Law and as Representative of the Estate of HALEY KRUEGER, Deceased<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00881-XR (consolidated with 5:18-cv-00555-XR) |

## FINAL JUDGMENT

Judgment is entered in accordance with the Findings of Fact & Conclusions of Law, in cause No. 5:18-cv-00555-XR (February 7, 2022) (ECF No. 584), by District Judge Xavier Rodriguez, and Plaintiffs shall recover from the United States in the amount of:

1. $700,000.00 for Charlene Uhl; and

2. $5,000,000.00 for Charlene Uhl, as Heir at Law and Representative of the Estate of Haley Krueger, Deceased

Plaintiffs shall file their bill of costs with this Court within 10 days of entry of this judgment.

Post-judgment interest shall be awarded in accordance with 31 U.S.C. § 1304(b)(1). Such interest shall be calculated at a rate equal to the weekly

average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the Judgment. 28 U.S.C. § 1961(a). For the week preceding this Judgment, the rate is set at 1.66 percent.[1]

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment, which the Court finds to be a reasonable and necessary fee in this case.

This final judgment disposes of all claims in the above-styled cause.

It is so ORDERED.

SIGNED this 5th day of April, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] *See* https://www.federalreserve.gov/releases/h15/; accessed April 4, 2022, showing 1-year Treasury constant maturities for March 25, 28-31, which average to 1.66%.